UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Johniece J. Early

Plaintiff(s),

vs.

Frank Bisignano, Commissioner of the Social Security Administration

Defendant(s).

Case # 2:25-cv-01091

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Jennifer L. Dunn_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Dunn Law, PLLC_____
(firm name)

with offices at _____890 Winter Street, Suite 230_____,
(street address)

_____Waltham_____, _____Massachusetts_____, _____02451_____,
(city)                              (state)                              (zip code)

_____781-478-7081_____, _____jdunn@dunnlawfirmpllc.com_____.
(area code + telephone number)         (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Plaintiff, Johniece J. Early_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since ___11/28/2006___, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _Massachusetts_
                                                                            (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Massachusetts Federal Court | 6/17/2008 | |
| Western District of Texas | 7/21/2021 | |
| Northern District of Indiana | 7/16/2021 | |
| District of Connecticut | 9/13/2021 | |
| Eastern/Western District of Arkansas | 8/5/2021 | |
| Eastern District of Wisconsin | 8/16/2021 | |
| Southern District of Texas | 8/16/2021 | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 6/17/2022 | 2:22-cv-00965-EJY | Nevada Federal District Court | Granted |
| 3/17/2023 | 2:23-00386-VCF | Nevada Federal District Court | Granted |
| 8/29/2024 | 2:24-01633-DJA | Nevada Federal District Court | Granted |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Massachusetts )
                       )
COUNTY OF    Essex     )

___Jennifer L. Dunn___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

13TH day of JUNE, 2025

_____
Notary Public or Clerk of Court

KEVIN M WEINER
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 07/25/2025

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Hal Taylor, Esq.___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2551 West Lakeridge Shores_____,
(street address)

___Reno___, Nevada, 89519,
(city)    (state)    (zip code)

___775-825-2223___, ___haltaylorlawyer@gbis.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Hal Taylor, Esq._____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jennifer L. Dunn
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4399                         haltaylorlawyer@gbis.com
Bar number                   Email address

APPROVED:
DATED this 23rd day of June, 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5

Rev. 5/16

Continuation of Court Admissions:

Federal District Court District of Connecticut (admitted 9/13/2021);
Federal District Court Eastern/Western District of Arkansas (admitted 8/5/2021);
Federal District Court Eastern District of Wisconsin (admitted 8/16/2021);
Federal District Court Southern District of Texas (admitted 8/16/2021);
Federal District Court Northern District of Illinois (admitted 8/30/2021);
Federal District Court Eastern District of Michigan (admitted 8/30/2021);
Federal District Court District of Colorado (admitted 11/4/2021);
Federal District Court District of New Mexico (admitted 12/9/2021);
Federal District Court Southern District of Indiana (admitted 2/18/2022);
Federal District Court Western District of Michigan (admitted 2/22/2022);
Federal District Court Eastern District of Oklahoma (admitted 3/1/2022);
Federal District Court Eastern District of Texas (admitted 3/22/2022);
Federal District Court Northern District of Texas (admitted 4/20/2022);
Federal District Court Western District of Wisconsin (admitted 6/30/2022);
Federal District Court Northern District of Ohio (admitted 7/18/2022);
Federal District Court Central District of Illinois (admitted 8/9/2022);
Federal District Court Western District of Tennessee (admitted 9/8/2022);
Eastern District of Missouri (admitted 3/14/2023);
Western District of Pennsylvania (admitted 4/25/2023);
Eastern District of Missouri (admitted 3/14/2023);
Southern District of Illinois (admitted 10/19/2023);
Northern District of Oklahoma (admitted 12/7/2023);
Western District of Oklahoma (admitted 2/5/2024); and
Federal District Court District of Maryland (admitted 5/3/2024).

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 28, 2006**, said Court being the highest Court of Record in said Commonwealth:

## Jennifer Latstetter Dunn

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **second** day of **May** in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County