UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Johniece J. E.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Frank Bisignano, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:25-cv-01091-DJA<br><br>**Order** |

Before the Court is Plaintiff Johniece J. E.'s amended complaint, which the Court screens. (ECF No. 10). The Court finds that Plaintiff's amended complaint has met the requirements to satisfy screening.

**I.　　Discussion.**

　　　***A.　　Screening Plaintiff's complaint.***

When a plaintiff seeks leave to file a civil case *in forma pauperis*, the court will screen the complaint. *See* 28 U.S.C. § 1915(e). For social security appeals, judges in this district consider four requirements for complaints to satisfy screening. *See, e.g.*, *Graves v. Colvin*, 2015 WL 357121, \*2 (D. Nev. Jan. 26, 2015) (collecting cases). *See id.* First, the complaint must establish that administrative remedies were exhausted under 42 U.S.C. § 405(g) and that the plaintiff filed the application within 60 days after notice of the Social Security Commissioner's final decision. *See id.* Second, the complaint must indicate the judicial district in which the plaintiff resides. *See id.* Third, the complaint must state the nature of the plaintiff's disability and when the plaintiff claims to have become disabled. *See id.* Fourth, the complaint must contain a plain, short, and concise statement identifying the nature of the plaintiff's disagreement with the determination

made by the Social Security Administration and show that the plaintiff is entitled to relief.[1] *See id.*

Here, Plaintiff's amended complaint states sufficient facts to pass screening. First, Plaintiff establishes that she exhausted her administrative remedies under 42 U.S.C. § 405(g). Second, she has indicated the judicial district in which she resides. Third, she has stated the nature of her disability and the date she became disabled. Fourth, Plaintiff includes a plain, short, and concise statement identifying the nature of Plaintiff's disagreement with the determination made by the Social Security Administration and shows that she is entitled to relief.

**IT IS THEREFORE ORDERED** that Plaintiff's amended complaint (ECF No. 10) is the operative complaint in this action.

DATED: August 21, 2025

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] New rules govern social security cases, which provide in pertinent part that the plaintiff "may" provide a short and plain statement of the grounds for relief. Supp. R. Soc. Sec. 2(b)(2). In the context of an *in forma pauperis* screening, however, a social security plaintiff must still provide a sufficient explanation as to her contentions on appeal. *Jalal H. v. Comm'r of Soc. Sec.*, 2023 WL 35218, at *2 (S.D. Cal. Jan. 4, 2023).